UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-3640-MWF(AFMx)**                              Dated: **June 28, 2016**

Title:   Shirley Lindsay -v- CHJK Investment Company, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on June 27, 2016, the Court sets a hearing for Order To Show Cause Re Default Judgment for **August 1, 2016 at 11:30 a.m.** If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                                                    Initials of Deputy Clerk   cw
CIVIL - GEN

-1-