CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

FRANK N. LEE (SBN:122230)
franknlee@gmail.com
LAW OFFICE OF FRANK N. LEE
3435 Wilshire Blvd., Suite 450
Los Angeles, CA 90010
Telephone: (213) 487-9777
Facsimile: (310) 487-9776
Attorney for Defendant
CHJK Investment Company, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, | Case: 2:16-CV-03640-MWF-AFM |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** |
| CHJK INVESTMENT COMPANY, INC., a California Corporation; and Does 1-10, | |
| Defendants, | |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1) (A) (ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 04, 2016          CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace         
Phyl Grace
Attorneys for Plaintiff

Dated: October 04, 2016          LAW OFFICE OF FRANK N. LEE

By:    /s/ Frank N. Lee          
Frank N. Lee
Attorney for Defendant
CHJK Investment Company, Inc.

1

2

## **SIGNATURE CERTIFICATION**

3

4  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

5  Policies and Procedures Manual, I hereby certify that the content of this

6  document is acceptable to Frank N. Lee, counsel for CHJK Investment

7  Company, Inc., and that I have obtained Mr. Lee's authorization to affix his

8  electronic signature to this document.

9

10  Dated: October 04, 2016          CENTER FOR DISABILITY ACCESS

11

12                                   By:  /s/ Phyl Grace
                                          Phyl Grace
13                                        Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3